**Abatement Order filed March 31, 2020**



**In The**

# Fourteenth Court of Appeals

———————

**NO.  14-19-00624-CV**

———————

## IN THE MATTER OF THE MARRIAGE OF EDWARD A. LANE AND JAMES S. MCCORMICK

**On Appeal from the County Court at Law
Washington County, Texas
Trial Court Cause No. CCL-8499**

## ABATEMENT ORDER

Appellant, Edward A. Lane, challenges the trial court's March 6, 2020 finding on indigency. This court orders the trial court to issue detailed findings supporting its determination on March 6, 2020, that appellant is not indigent and can afford to pay costs, pursuant to Texas Rule of Civil Procedure 145(f)(6).

Accordingly, the trial court is directed to reduce to writing its findings of fact regarding indigency which were determined at the March 6, 2020 hearing and have a supplemental clerk's record containing those findings filed with the clerk of this court within forty-five days of the date of this order. This case is abated until this court receives the trial court's detailed findings.

PER CURIAM

Panel Consists of Justices Bourliot, Hassan, and Poissant.